**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION** | ) ) | 2:04cv352 Electronic Filing |

| | | |
|---|---|---|
| **GARY M. BAUER,** Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:04cv702 Electronic Filing |
| **FEDERATED EQUITY MANAGEMENT COMPANY OF PENNSYLVANIA,** et al., | ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| **RANDAL C. BREVER,** for the use and benefit of the **FEDERATED KAUFMANN FUND,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:04cv855 Electronic Filing |
| **FEDERATED EQUITY MANAGEMENT COMPANY OF PENNSYLVANIA,** et al., | ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| **GRETCHEN W. REAVES,** for the use and benefit of the **FEDERATED KAUFMANN FUND,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:05cv201 Electronic Filing |
| **FEDERATED INVESTORS, INC.,** et al., | ) ) | |
| Defendants | ) | |

| | |
|---|---|
| **LAWRENCE ZUCKER,** on Behalf of Himself and all Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH** and **FEDERATED SECURITIES CORP.,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | 2:06cv241<br>Electronic Filing |

## **ORDER OF COURT**

AND NOW this 6th day of June, 2008, upon due consideration of the Plaintiffs' Joint Motion to Consolidate and for Leave to File a Consolidated Amended Complaint and defendants' response thereto, IT IS ORDERED that the motion be, and the same hereby is, granted. Civil Action Nos. 2:04cv702, 2:04cv855, 2:05cv201, and 2:06-241 (Bauer, Brever, Reaves and Zucker) are consolidated with Civil Action No.2:04cv352 (In re Federated Mutual Funds Excessive Fee Litigation). The Clerk of Court shall close Civil Action Nos. 2:04cv702, 2:04cv855, 2:05cv201, and 2:06-241 and all further filings shall be only at Civil Action No. 2:04cv352. Plaintiffs shall file their Consolidated Amended Complaint without undue delay. Defendants shall respond by answer, motion or otherwise to the Consolidated Amended Complaint within thirty days (30) from the date it is filed.

s/ David Stewart Cercone<br>
David Stewart Cercone,<br>
United States District Judge

cc:     All Counsel of Record